# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0384

VERSUS

DAVID L. WILLIAMS

**MAY 18, 2026**

---

In Re:     David L. Williams, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           06-13-0241.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**   The record of the East Baton Rouge Parish
Office of the Clerk of Court reflects that motions are set for May
14, 2026.

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT